**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Tiz, Inc. d/b/a Provi, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:22-cv-1648 |
| Southern Glazer's Wine and Spirits, LLC and Republic National Distributing Company, LLC, | ) ) Hon. Manish S. Shah ) ) |
|       Defendants. | ) ) |

**MOTION TO WITHDRAW**

The undersigned respectfully requests the withdrawal of Matthew D. Rowen as counsel of record in this case. Mr. Rowen has left Kirkland & Ellis LLP and will not continue to represent Defendant Southern Glazer's Wine and Spirits, LLC. James H. Mutchnik and Craig S. Primis will continue as counsel of record for Defendant Southern Glazer's Wine and Spirits, LLC.

Dated: August 3, 2022                             Respectfully submitted,

/s/ *James H. Mutchnik*

CRAIG S. PRIMIS*                                  JAMES H. MUTCHNIK   (ARDC #6201681)
KIRKLAND & ELLIS LLP                              KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW                      300 N. LaSalle Drive
Washington, DC 20004                              Chicago, IL 60654
(202) 389-5000                                    (312) 862-2000
craig.primis@kirkland.com                         jmutchnik@kirkland.com

* admitted pro hac vice

*Attorneys for Defendant Southern Glazer's Wine and Spirits, LLC*

## CERTIFICATE OF SERVICE

I certify that on August 3, 2022, I caused a copy of the foregoing document to be served by the ECF System for the U.S. District Court for the Northern District of Illinois.

/s/ *James H. Mutchnik*
James H. Mutchnik