# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Tiz, Inc. d/b/a Provi v. Southern Glazer's Wine and Spirits, LLC, et al.

Case Number: 22 CV 1648

An appearance is hereby filed by the undersigned as attorney for:

Tiz, Inc. d/b/a Provi

Attorney name (type or print): Megan Cunniff Church

Firm: MoloLamken LLP

Street address: 300 N. LaSalle Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6281234
(See item 3 in instructions)

Telephone Number: (312) 450-6716

Email Address: mchurch@mololamken.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☑ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 24, 2023

Attorney signature: S/ Megan Cunniff Church
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015