# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tiz, Inc.

                                        Plaintiff,

v.                                              Case No.: 1:22−cv−01648
                                                Honorable Nancy L.
                                                Maldonado

Southern Glazer's Wine and Spirits, LLC, et
al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2023:

        MINUTE entry before the Honorable Nancy L. Maldonado: Plaintiff's joint motion
for a confidentiality order [57] and joint motion for entry of an order regarding discovery
of electronically stored information [58] are granted. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.