# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tiz, Inc.

                              Plaintiff,

v.                                                      Case No.: 1:22−cv−01648

                                                   Honorable Nancy L. Maldonado

Southern Glazer's Wine and Spirits, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 21, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court resets the 03/14/24 status hearing to 05/15/24 at 10:00 a.m. via Webex video conference. The dial−in number for the public is 650−479−3207; access code is 23040793410. The parties will receive a Webex Invitation by email.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.