**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Tiz, Inc. d/b/a Provi, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:22-cv-01648 ) |
| | ) Hon. Nancy L. Maldonado |
| Southern Glazer's Wine and Spirits, LLC and Republic National Distributing Company, LLC, | ) ) ) |
| Defendants. | ) ) ) |

**JOINT STATUS REPORT REGARDING SCHEDULING**

Per the Court's directive at the May 15, 2024 status hearing to propose a case schedule, the parties jointly offer the following proposed schedule and discovery parameters.

**I.   ANSWER DEADLINE**

Defendants will file an Answer to the Complaint no later than July 15, 2024.

**II.   DOCUMENT DISCOVERY**

Within 30 days of receiving Requests for Production ("RFPs") from the opposing party, or within 30 days of the filing of this Joint Status Report for requests already received, the responding party will provide written responses and objections and will, consistent with the terms of the ESI Protocol, propose a search methodology as well as disclose its intention to use TAR or similar advanced analytics. The parties will then promptly meet and confer about these written responses and objections, custodians, and search terms / review methodology. The parties will produce documents on a rolling basis as soon as practicable following service of the receiving party's responses, and agree to start producing documents no later August 1, 2024.

**III.    STRUCTURED DATA**

Each party may be asked to produce structured data in response to RFPs. Each party agrees to produce this data expeditiously, and no later than the deadline for substantial completion of document discovery. Each party agrees to promptly produce samples of responsive data to facilitate discovery and negotiations of the scope of data to be produced. After receiving any responsive data, a receiving party may issue follow-up questions regarding the interpretation and content of this data to the producing party via letter. Each party agrees to use their best efforts to promptly and fully respond to these letters with the information reasonably available to the party. The parties agree that as long as the producing party is providing such responses to these letters, the receiving party will not seek to depose the producing party regarding structured data.

**IV.    WRITTEN DISCOVERY**

Within 30 days of receiving Interrogatories or Requests for Admission ("RFAs") from the opposing party or within 30 days of the filing of this Joint Status Report for Interrogatories or RFAs already received, the responding party will provide written objections and responses. The parties will promptly meet and confer about these written objections and responses.

**V.    DEPOSITIONS**

Plaintiff is entitled to take up to 15 party depositions of each Defendant. Defendants collectively are entitled to take up to 15 party depositions of Plaintiff. Plaintiff is entitled to take up to 12 third-party depositions, and Defendants collectively are entitled to take up to 12 third-party depositions. Additional party depositions may be conducted by agreement of the requesting party and the party to be deposed for party depositions and by agreement of all parties for third-party depositions, or upon motion for good cause for any additional deposition. Each party agrees a deponent will be deposed only once absent extenuating circumstances, except where a party

designates as a corporate representative for deposition one or more individuals who the deposing party also anticipates deposing in their personal capacity, in which case the parties will make a good faith effort to schedule both depositions of each such individual to minimize any inconvenience to the witness. If the party producing such a deponent as a corporate representative does so before that individual's custodial document production is substantially complete, the deposing party may proceed with the corporate deposition of that individual and later depose that individual in their personal capacity; subsequent production of documents related to the deponent that the deposing party knew was forthcoming at the time of the deposition otherwise is not a sufficient basis to re-open a deposition. Additionally, each party may be required to sit for one Rule 30(b)(6) deposition for up to 12 hours, regardless of the number of designees. Rule 30(b)(6) depositions of parties may be conducted for longer than 12 hours by agreement of the requesting party and the party to be deposed, or upon motion for good cause.

## VI. DISCOVERY SCHEDULE

| Event | Date |
| --- | --- |
| Start of ESI/Document Production | August 1, 2024 |
| Substantial Completion of ESI/Document Discovery | January 15, 2025[1] |
| Close of Fact Discovery | June 4, 2025 |
| Plaintiff's Expert Report(s)[2] | June 16, 2025 |
| Defendants' Expert Report(s) | August 13, 2025 |
| Plaintiff's Rebuttal Expert Report(s) | September 8, 2025 |
| Close of Expert Discovery | October 24, 2025 |

---

[1] However, if a motion to compel or motion for protective order remains outstanding within 30 days of this deadline that makes it impossible for a party to comply with this deadline, this deadline shall be extended only as to documents at issue on such a motion and only to the extent necessary to provide the party with sufficient time to substantially complete any such production after the Court rules on the motion to compel or motion for protective order; the producing party shall make best efforts to substantially complete such production promptly after receipt of any such order.

[2] Backup material for expert reports is due within one calendar day of service of the corresponding reports.

| Event | Date |
|---|---|
| Dispositive Motions and *Daubert* Motions | November 7, 2025 |
| Responses to Dispositive Motions and *Daubert* Motions | January 7, 2026 |
| Replies to Dispositive Motions and *Daubert* Motions | February 9, 2026 |
| Final Pretrial Conference | March 17, 2026, or 35 days after Court rules on final Dispositive Motion or *Daubert* Motion (whichever is later) |
| Jury Trial | March 31, 2026, or 50 days after Court rules on final Dispositive Motion or *Daubert* Motion (whichever is later) |

Dated: June 7, 2024                                          Respectfully submitted,

| | |
|---|---|
| By: */s/ David D. Cross* | By: */s/ James H. Mutchnik, P.C.* |
| David D. Cross (admitted *pro hac vice*) | James H. Mutchnik, P.C. (ARDC #6201681) |
| Alexander Okuliar (admitted *pro hac vice*) | KIRKLAND & ELLIS LLP |
| Mary G. Kaiser (admitted *pro hac vice*) | 333 West Wolf Point Plaza |
| MORRISON & FOERSTER LLP | Chicago, IL 60654 |
| 2100 L Street, NW | Telephone: (312) 862-2000 |
| Suite 900 | Facsimile: (312) 862-2200 |
| Washington, DC 20006 | jmutchnik@kirkland.com |
| Telephone: (202) 887-1500 | kaitlyn.coverstone@kirkland.com |
| DCross@mofo.com | |
| AOkuliar@mofo.com | Craig S. Primis (admitted *pro hac vice*) |
| MKaiser@mofo.com | Elyse Dorsey (admitted *pro hac vice*) |
| | Catie Ventura |
| Megan Cunniff Church | KIRKLAND & ELLIS LLP |
| MOLOLAMKEN LLP | 1301 Pennsylvania Ave, NW |
| 300 N. LaSalle St. | Washington, DC 20004 |
| Chicago, IL 60654 | Telephone: (202) 389-5000 |
| Telephone: (312) 450-6716 | Facsimile: (202) 389-5200 |
| Fax: (312) 450-6702 | craig.primis@kirkland.com |
| mchurch@mololamken.com | elyse.dorsey@kirkland.com |
| | catie.ventura@kirkland.com |
| *Attorneys for Plaintiff Tiz, Inc. d/b/a Provi* | |
| | *Attorneys for Defendant Southern Glazer's Wine and Spirits, LLC* |
| | |
| | By: */s/ Jeffery Cross* |
| | Jeffery Moore Cross (ARDC #0547980) |
| | Lillian Grappe Lamphere (ARDC #6340044) |
| | SMITH, GAMBRELL & RUSSELL, LLP |
| | 311 South Wacker Drive, Suite 3000 |
| | Chicago, IL 60606 |
| | Tel.: (312) 360-6000 |
| | jcross@sgrlaw.com |
| | dylansmith@sgrlaw.com |
| | llamphere@sgrlaw.com |
| | |
| | Richard S. Krumholz* |
| | H. Preston Glasscock* |
| | NORTON ROSE FULBRIGHT US LLP |
| | 2200 Ross Avenue, Suite 3600 |
| | Dallas, Texas 75201-2784 |

1

Telephone: (214) 855-8000
Facsimile: (214) 855-8200
richard.krumholz@nortonrosefulbright.com
preston.glasscock@nortonrosefulbright.com

Robin D. Adelstein*
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212-318-3108
Facsimile: 212-408-5100
robin.adelstein@nortonrosefulbright.com

Eliot F. Turner*
Abraham Chang*
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246
eliot.turner@nortonrosefulbright.com
abraham.chang@nortonrosefulbright.com

*admitted *pro hac vice*

*Attorneys for Defendant Republic National Distributing Company*

2