# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Tiz, Inc.

                    Plaintiff,

v.                                      Case No.: 1:22−cv−01648

                                                         Honorable Franklin U. Valderrama

Southern Glazer's Wine and Spirits, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2024:

      MINUTE entry before the Honorable Laura K. McNally. Video motion hearing held on 12/5/2024. The Court heard argument on Defendant Southern Glazer's Wine and Spirits, LLC's Motion to Compel TIZ, Inc. d/b/a Provi to Supplement Deficient Interrogatory Response [117] and Provi's Motion to Compel Defendants to Produce Relevant Commercial Contracts and Documents Provided to Antitrust Investigations [119, 121]. For reasons stated on the record, the motions are taken under advisement. The parties were advised (by email) to confer and submit to the Court their agreed terms as stated during today's hearing. By 1/17/2025, the parties are to file a joint status report. Defendants' Motion for Leave to File Document Under Seal [126] is granted. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.