**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Tiz, Inc. d/b/a Provi,<br><br>      Plaintiff,<br><br>v.<br><br>Southern Glazer's Wine and Spirits, LLC and Republic National Distributing Company, LLC,<br><br>      Defendants. | Case No. 1:22-cv-01648<br><br>Hon. Franklin U. Valderrama<br><br>Magistrate Judge Laura K. McNally<br><br>**AGREED ORDER** |

   The parties have conferred, following the hearing on December 4, 2024, with respect to Provi's Motion to Compel Commercial Contracts and Documents Provided to Antitrust Investigators (Docs. # 119, 121) and Southern Glazer's Wine and Spirits, LLC's Motion to Compel Provi to Supplement Interrogatory Response (Doc. # 117), and jointly ask the Court to so order the following:

### A. Provi's Response to Interrogatory 6

  1. Provi will supplement its response to Defendant Southern Glazer's Wine and Spirits, LLC's Interrogatory No. 6 to establish whether each of the 38 National Accounts that Provi identified in its supplemental response (1) stopped placing orders with Provi, (2) reduced orders with Provi, or (3) stopped exploring a relationship with Provi, if such information will not be discernible through produced documents. Provi will further supplement its response to identify the "other independent customers or potential customers" referenced in its supplemental response and explain the basis for alleging Defendants' actions caused Provi to lose business from these customers.

  2. Provi will supplement its response as described above by January 15, 2025.

### B. Defendants' Supplier Contracts

  1. Based on sales for a single year to be selected by Provi, Defendants will determine which suppliers made up 80% of wine sales in each state (excluding Mississippi, Utah, and Wyoming) and Washington DC, and 80% of spirits sales in each state (excluding Mississippi, Montana, New Hampshire, West Virginia, Utah, and Wyoming) and Washington DC. By December 13, 2024, Provi will inform Defendants of the year it is selecting.

        Defendants will produce all contracts for those suppliers from July 1, 2018 to the date of collection in compliance with the January 15, 2025 substantial compliance deadline.

**C.**     **Southern's Retailer Contracts**

    1.     By December 11, 2024, Southern will provide Provi with a list of all non-invoice retailer contracts it has identified, including the 150 for National Accounts and the 124 additional retailer contracts. By December 13, 2024, Provi will identify, based on the title of those agreements and discussion with Southern, which of those agreements may contain potentially relevant commercial terms. Southern will produce the selected agreements by January 15, 2025.

**D.**     **RNDC's Production to the Federal Trade Commission**

    1.     RNDC will conduct an adequate search, as required by Rule 26, for documents produced to the Federal Trade Commission in connection with the proposed merger transaction between RNDC and Breakthru Beverage Group.

    2.     RNDC shall apply the search terms it has agreed to with Provi to those reasonably accessible files (a) of custodians Provi has designated in this matter and (b) noncustodial files, i.e., those not associated with any individual custodian produced to the Federal Trade Commission in its investigation of the proposed merger between RNDC and Breakthru Beverage Group. RNDC shall then review the documents that those terms hit on for materials responsive to Provi's document requests (other than its request for all materials produced to the Federal Trade Commission) and produce the responsive documents. If any search term returns an unusually large number of documents, the parties will confer in good faith about whether that term can be modified to reduce the number of documents RNDC shall review.

So Ordered.

Dated: <u>12/10/2024</u>

                                                                  HON. LAURA K. MCNALLY
                                                                  U.S. Magistrate Judge

AGREED BY:

By:/s/ Alex Kaplan
Harry P. Susman (*admitted pro hac vice*)
Alex Kaplan (*admitted pro hac vice*)
Richard W. Hess (*admitted pro hac vice*)
Jerry Klaristenfeld (*admitted pro hac vice*)
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
hsusman@susmangodfrey.com
akaplan@susmangodfrey.com
rhess@susmangodfrey.com
jklaristenfeld@susmangodfrey.com

Jillian Hewitt (*admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
jhewitt@susmangodfrey.com

Kalpana Srinivasan (*admitted pro hac vice*)
SUSMAN GODFREY, L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Megan Cunniff Church (ARDC #6281234)
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 450-6716
mchurch@mololamken.com

David D. Cross (*admitted pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4050
dcross@goodwinlaw.com

*Counsel for Plaintiff Tiz, Inc. d/b/a Provi*


By: /s/ Catie Ventura
James H. Mutchnik, P.C. (ARDC #6201681)
Kaitlyn Coverstone (ARDC #6326755)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200 jmutchnik@kirkland.com kaitlyn.coverstone@kirkland.com

Craig S. Primis (admitted *pro hac vice*)
Elyse Dorsey (admitted *pro hac vice*)
K. Ross Powell (admitted *pro hac vice*)
Catie Ventura (ARDC #6312589)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, NW Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
craig.primis@kirkland.com
elyse.dorsey@kirkland.com

ross.powell@kirkland.com
catie.ventura@kirkland.com

*Counsel for Defendant Southern Glazer's Wine and Spirits, LLC*

| | |
|---|---|
| Robin D. Adelstein* <br> NORTON ROSE FULBRIGHT US LLP <br> 1301 Avenue of the Americas <br> New York, New York 10019 <br> Telephone: 212-318-3108 <br> Facsimile: 212-408-5100 <br> robin.adelstein@nortonrosefulbright.com <br><br> Eliot F. Turner* <br> Abraham Chang* <br> NORTON ROSE FULBRIGHT US LLP <br> 1550 Lamar St, Suite 2000 <br> Houston, Texas 77010 <br> Telephone: 713-651-5151 <br> Facsimile: 713-651-5246 <br> eliot.turner@nortonrosefulbright.com <br> abraham.chang@nortonrosefulbright.com <br><br> *admitted *pro hac vice* | *By: /s/ Eliot F. Turner* <br> Richard S. Krumholz* <br> Preston Glasscock* <br> NORTON ROSE FULBRIGHT US LLP <br> 2200 Ross Avenue, Suite 3600 <br> Dallas, Texas 75201-2784 <br> Telephone: (214) 855-8000 <br> Facsimile: (214) 855-8200 <br> richard.krumholz@nortonrosefulbright.com <br><br> Jeffery Moore Cross (ARDC #0547980) <br> Lillian Grappe Lamphere (ARDC #6340044) <br> SMITH GAMBRELL & RUSSELL LLP <br> 311 South Wacker Drive, Suite 3000 <br> Chicago, IL 60606 <br> Tel.: (312) 360-6000 <br> jcross@sgrlaw.com <br> llamphere@sgrlaw.com <br><br> *Counsel for Republic National Distributing Company, LLC* |