UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Tiz, Inc.
                Plaintiff,

v.                                   Case No.: 1:22−cv−01648
                                  Honorable Franklin U. Valderrama

Southern Glazer's Wine and Spirits, LLC, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2025:

      MINUTE entry before the Honorable Laura K. McNally. The joint request for stay between Plaintiff and Defendant Southern Glazer's Wine & Spirits [152] is granted. The parties shall file a joint status report by 5/16/25. Discovery involving Defendant Republic National Distributing Company shall proceed. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.