UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tiz, Inc. d/b/a Provi,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Southern Glazer's Wine and Spirits, LLC and Republic National Distributing Company, LLC,<br><br>　　　　Defendants. | Civil Action No. 1:22-cv-1648<br><br>Hon. Franklin U. Valderrama<br><br>Magistrate Judge Laura K. McNally |

**JOINT STATUS REPORT AND REQUEST FOR STAY OF DISCOVERY**

Plaintiff Tiz, Inc. d/b/a Provi (Provi) and defendant Republic National Distributing Company, LLC (RNDC) jointly provide this notice that they have reached an agreement in principle to resolve this suit as between them, subject to negotiation and execution of a definitive agreement.

In accordance with their agreement, Provi and RNDC have agreed to stay discovery between them to allow the parties time to negotiate the definitive agreement. Provi and RNDC request that the Court so order a stay of discovery as between Provi and RNDC for a period of 60 days for this purpose. Provi and RNDC will provide the Court with a status update on or before June 20, 2025.

The Parties further believe that they do not have any issues to discuss at the video status conference scheduled by the Court for Tuesday, April 29, 2025 and that it can be removed from the Court's docket, but they are available to participate should the Court feel that the status conference is needed.

1

Dated: April 24, 2025

Harry P. Susman (*admitted pro hac vice*)
Alex Kaplan (*admitted pro hac vice*)
Richard W. Hess (*admitted pro hac vice*)
Jerry Klaristenfeld (*admitted pro hac vice*)
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
hsusman@susmangodfrey.com
akaplan@susmangodfrey.com
rhess@susmangodfrey.com
jklaristenfeld@susmangodfrey.com

Jillian Hewitt (*admitted pro hac vice*)
Emily Portuguese (*admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
jhewitt@susmangodfrey.com
eportuguese@susmangodfrey.com


Robin D. Adelstein*
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212-318-3108
Facsimile: 212-408-5100
robin.adelstein@nortonrosefulbright.com

Eliot F. Turner*
Abraham Chang*
NORTON ROSE FULBRIGHT US LLP 1550 Lamar St, Suite 2000
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246
eliot.turner@nortonrosefulbright.com
abraham.chang@nortonrosefulbright.com


*admitted pro hac vice

Respectfully submitted,

/s/Alex Kaplan
Kalpana Srinivasan (*admitted pro hac vice*)
SUSMAN GODFREY, L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Megan Cunniff Church (ARDC #6281234)
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 450-6716
mchurch@mololamken.com

David D. Cross (*admitted pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4050
dcross@goodwinlaw.com

*Counsel for Plaintiff Tiz, Inc. d/b/a Provi*

/s/Richard S. Krumholz
Richard S. Krumholz*
Preston Glasscock*
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-2784
Telephone: (214) 855-8000 Facsimile: (214) 855-8200
richard.krumholz@nortonrosefulbright.com
preston.glasscock@nortonrosefulbright.com

Jeffery Moore Cross (ARDC #0547980)
Lillian Grappe Lamphere (ARDC #6340044)
SMITH, GAMBRELL & RUSSELL, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel.: (312) 360-6000
jcross@sgrlaw.com
llamphere@sgrlaw.com

*Counsel for Defendant Republic National Distributing Company, LLC*

2

## **CERTIFICATE OF SERVICE**

I certify that on April 24, 2025, I caused a copy of the foregoing document to be served by the ECF System for the U.S. District Court for the Northern District of Illinois.

*/s/ Alex Kaplan*
Alex Kaplan