UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tiz, Inc. d/b/a Provi, <br><br> Plaintiff, <br><br> v. <br><br> Southern Glazer's Wine and Spirits, LLC and Republic National Distributing Company, LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-1648 <br><br> Hon. Franklin U. Valderrama <br><br> Magistrate Judge Laura K. McNally |

## **JOINT MOTION TO DISMISS**

Plaintiff Tiz, Inc. d/b/a Provi (Provi) and defendant Republic National Distributing Company, LLC (RNDC) jointly submit this motion to dismiss their respective claims against each other. Provi and RNDC have executed an agreement to resolve this matter between them. Pursuant to that agreement, Provi and RNDC request that the Court enter an order dismissing with prejudice (a) Provi's claims against RNDC and (b) RNDC's counterclaims against Provi. Provi and RNDC shall each be responsible for their own fees, costs, and expenses in connection with this lawsuit.

This motion to dismiss does not affect Provi's claims against defendant Southern Glazer's Wine & Spirits, LLC (SGWS), which remain pending before the Court.

1

Dated: July 22, 2025

Harry P. Susman (*admitted pro hac vice*)
Alex Kaplan (*admitted pro hac vice*)
Richard W. Hess (*admitted pro hac vice*)
Jerry Klaristenfeld (*admitted pro hac vice*)
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
hsusman@susmangodfrey.com
akaplan@susmangodfrey.com
rhess@susmangodfrey.com
jklaristenfeld@susmangodfrey.com

Jillian Hewitt (*admitted pro hac vice*)
Emily M. Portuguese (*admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
jhewitt@susmangodfrey.com
eportuguese@susmangodfrey.com

Respectfully submitted,

*/s/ Alex Kaplan*
Kalpana Srinivasan (*admitted pro hac vice*)
SUSMAN GODFREY, L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Megan Cunniff Church (ARDC #6281234)
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 450-6716
mchurch@mololamken.com

David D. Cross (*admitted pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4050
dcross@goodwinlaw.com

*Counsel for Plaintiff Tiz, Inc. d/b/a Provi*

Robin D. Adelstein*
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212-318-3108
Facsimile: 212-408-5100
robin.adelstein@nortonrosefulbright.com

Eliot F. Turner*
Abraham Chang*
NORTON ROSE FULBRIGHT US LLP 1550
Lamar St., Suite 2000
Houston, Texas 77010
Telephone: 713-651-5151
Facsimilie: 713-651-5246
eliot.turner@nortonrosefulbright.com
abraham.chang@nortonrosefulbright.com

*/s/ Eliot F. Turner*
Richard S. Krumholz*
Preston Glasscock*
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
richard.krumholz@nortonrosefulbright.com
preston.glasscock@nortonrosefulbright.com

Jeffery Moore Cross (ARDC #0547980)
Lillian Grappe Lamphere (ARDC #6340044)
SMITH, GAMBRELL & RUSSELL, LLP 311 South Wacker Drive,
Suite 3000 Chicago, IL 60606
Tel.: (312) 360-6000
jcross@sgrlaw.com
llamphere@sgrlaw.com

<table>
<tr><td>*admitted pro hac vice</td><td>Counsel for Defendant Republic National Distributing Company, LLC<br>Craig S. Primis (*admitted pro hac vice*)<br>K. Ross Powell (*admitted pro hac vice*)<br><br>*Attorneys for Defendant Republic National Distributing Company, LLC*</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I certify that on July 22, 2025, a true and correct copy of this document was properly served on all counsel of record through the Court's ECF system.

*/s/ Alex Kaplan*
Alex Kaplan