UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tiz, Inc. d/b/a Provi,<br><br>    Plaintiff,<br><br>v.<br><br>Southern Glazer's Wine and Spirits, LLC and Republic National Distributing Company, LLC,<br><br>    Defendants. | Civil Action No. 1:22-cv-1648<br><br>Hon. Franklin U. Valderrama<br><br>Magistrate Judge Laura K. McNally |

## **UNOPPOSED MOTION TO DISMISS**

    Plaintiff Tiz, Inc. d/b/a Provi (Provi) submits this motion to dismiss its claims against defendant Southern Glazer's Wine and Spirits, LLC (SGWS) with prejudice.

    Provi and SGWS have executed an agreement to resolve this matter between them. Pursuant to that agreement, Provi requests that the Court enter an order dismissing with prejudice Provi's claims against SGWS. Provi and SGWS shall each be responsible for their own fees, costs, and expenses in connection with this lawsuit. SGWS consents to the relief requested in this motion.

| | |
|---|---|
| Dated: October 14, 2025 | Respectfully submitted, |

Harry P. Susman (*admitted pro hac vice*)
Alex Kaplan (*admitted pro hac vice*)
Richard W. Hess (*admitted pro hac vice*)
Jerry Klaristenfeld (*admitted pro hac vice*)
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
hsusman@susmangodfrey.com
akaplan@susmangodfrey.com
rhess@susmangodfrey.com
jklaristenfeld@susmangodfrey.com

Jillian Hewitt (*admitted pro hac vice*)
Emily M. Portuguese (*admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
jhewitt@susmangodfrey.com
eportuguese@susmangodfrey.com

*/s/ Alex Kaplan*
Kalpana Srinivasan (*admitted pro hac vice*)
SUSMAN GODFREY, L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Megan Cunniff Church (ARDC #6281234)
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 450-6716
mchurch@mololamken.com

David D. Cross (*admitted pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4050
dcross@goodwinlaw.com

*Counsel for Plaintiff Tiz, Inc. d/b/a Provi*

## **CERTIFICATE OF CONFERENCE AND SERVICE**

      I certify that I conferred with counsel for SGWS with respect this motion, and SGWS is not opposed. I also certify that on October 14, 2025, a true and correct copy of this document was properly served on all counsel of record through the Court's ECF system.

                                            */s/ Alex Kaplan*
                                            Alex Kaplan